**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL GEORGE and BENJAMIN GEORGE | ) ) ) | |
| Plaintiffs, | ) ) | FILED: JANUARY 8, 2009 |
| v. | ) ) | No. 09CV0125 |
| | ) | JUDGE LEFKOW |
| CITY OF CHICAGO, a municipal corporation, Chicago Police Officers C. GONZALES, Star # 10830, A. ACEVEDO, Star # 15760, A. RAMOS, Star # 13420 and UNKNOWN CHICACO POLICE OFFICERS, | ) ) ) ) ) ) ) | JUDGE MAGISTRATE JUDGE KEYS EDA  MAGISTRATE |
| Defendants. | ) | JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiffs, DANIEL GEORGE and BENJAMIN GEORGE, through their attorneys, make the following complaint against Defendants CITY OF CHICAGO ("Defendant City"), and Chicago Police Officers C. GONZALES, Star #10830, A. ACEVEDO, Star 15760, A. RAMOS, Star # 13420, and UKNOWN CHICAGO POLICE OFFICERS:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages against defendants for committing acts under color of law, which deprived plaintiffs of rights secured by the Constitution and Laws of the United States.

2. The jurisdiction of this Court is pursuant to the Civil Rights Act, 42 U.S.C. §1983; the judicial code 28 U.S.C., § 1331 and 1343 (a); the Constitution of the United States; as well as pendent jurisdiction as provided under U.S.C., § 1367(a).

1

## PARTIES

3. Plaintiffs, 18 year old Benjamin George and his older brother Daniel George are citizens of the United States of America, who currently reside in Chicago, Illinois.

4. Defendants Ramos, Gonzales, and Acevedo (referred to herein as "defendant officers") were, at all relevant times, employed by Defendant City as Chicago Police Officers. They engaged in the conduct complained of while on duty in the course and scope of their employment and under color of law. They are sued in their individual capacities.

5. Defendant City is a municipal corporation duly incorporated under the laws of the State of Illinois, and was at all relevant times, the employer and principal of defendant officers.

## FACTS

6. On November 9, 2008, without lawful justification or excuse, defendant officers, who were on aggressive patrol, violently attacked the George brothers.

7. Both brothers were brutally beaten.

8. At one point, one or more of the defendant officers ran Benjamin George down with their police vehicle.

9. Both brothers sustained physical injuries as a result of the beatings.

10. Benjamin George was hospitalized for several days and continues to suffer.

11. Defendant officers falsely arrested Benjamin and Daniel George and had them charged for criminal trespass to land, a crime that the officers knew that neither man had committed.

12. On December 10, 2008, the charges against Benjamin and Daniel George were dismissed.

## Count I: 42 U.S.C. Section 1983

**Fourth Amendment — Excessive Force**

13. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

14. The actions of defendant officers, detailed above, constituted unreasonable, unjustifiable, and excessive force against plaintiffs, thus violating plaintiffs' rights under the Fourth Amendment to the United States Constitution.

15. The misconduct described in this Count was objectively unreasonable and was undertaken intentionally with willful indifference to plaintiffs' constitutional rights.

16. At all times relevant to the above allegations, all of the defendant officers were acting under color of law and within the scope of their employment.

17. As a proximate result of the above-detailed actions of the officer defendants, plaintiffs were injured in that they suffered injuries including physical injury and emotional distress.

18. As a result of the defendant officers' unjustified and excessive use of force, Plaintiffs suffered serious physical injury and emotional distress.

**Count II: 42 U.S.C. Section 1983**
**Fourth Amendment – Failure to Intervene**

19. Each of the foregoing paragraphs is incorporated as if restated fully herein.

20. While plaintiffs were being physically abused and falsely arrested, as described above, one or more of the defendant officers stood by and watched without intervening. These officers had a reasonable opportunity to prevent the harm had they been so inclined, but failed to do so.

21. At all times relevant to the above allegations, all of the defendant officers were acting under color of law and within the scope of their employment.

22. As a result of this failure to intervene to prevent the unlawful arrest and excessive use of force, Plaintiffs suffered pain and injury, as well as emotional distress.

### Count III: 42 U.S.C. Section 1983
### Fourth Amendment – False Arrest

23. Each of the foregoing paragraphs is incorporated as if restated fully herein.

24. The actions of the defendant officers, described above, whereby defendants knowingly arrested and imprisoned plaintiffs without probable cause or any other lawful justification, constituted a deliberate violation of plaintiffs' rights under the U.S. Constitution, thus violating the Fourth Amendment to the United States Constitution.

25. As a direct and proximate result of these Constitutional violations, plaintiffs suffered pain and injury as well as emotional distress.

### Count IV: State Law Battery

26. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

27. As described above, defendant officers intentionally made offensive bodily contact with plaintiffs and inflicted bodily harm upon them.

28. As a direct and proximate result of this battery, plaintiffs were physically and emotionally injured, and suffered serious pain, as described above.

29. Illinois law provides that public entities, such as defendant city, are directed to pay any compensatory damages on a tort judgment against an employee who was acting within the scope of his or her employment.

30. At all relevant times, defendant officers were agents of defendant city, and acting within the scope of their employment as Chicago Police Officers. Defendant city, therefore, is liable as principal for all torts committed by defendant officers.

**Count V: State Law Assault**

31. Plaintiffs reallege each of the foregoing paragraphs us if fully stated herein.

32. As described in the preceding paragraphs, the conduct of the defendant officers created in plaintiffs a reasonable apprehension of imminent harm.

33. The misconduct described in this Count was objectively unreasonable and was undertaken intentionally and with willful indifference to plaintiffs' rights.

34. The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of others.

35. The misconduct described in this Count was undertaken by the defendant officers within the scope of their employment such that their employer, the City of Chicago, is liable for their actions.

36. As direct and proximate result of the defendant officers' acts, plaintiffs suffered injuries including but not limited to emotional distress, anxiety, humiliation, fear, and stress.

**Count VI – State Law Claim**
**745 ILCS 10/9-102**

37. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

38. Defendant City of Chicago is the employer of all of the defendant officers.

39. The defendant officers committed the acts alleged above under color of law and in the scope of their employment as employees of the City of Chicago.

WHEREFORE, pursuant to 42 U.S.C. Section 1983 and applicable state law, plaintiffs demand judgment against the defendants, jointly and severally, for compensatory damages and, because the defendant officers acted maliciously, wantonly, or oppressively, plaintiffs seek punitive damages against the individual defendant officers in the individual capacities, plus the

costs of this action and attorney's fees, and such other and additional relief as this court deems equitable and just. Plaintiffs demand trial by jury.

        Respectfully submitted,

        Benjamin and Daniel George

    By:    /s/James M. Baranyk
             An Attorney for Plaintiffs

Christopher Smith
Robert Johnson
Amanda Antholt
James Baranyk
Smith, Johnson & Antholt, LLC
112 S. Sangamon Street, Third Floor
Chicago, IL 60607
312.432.0400