Daniel George, et al.

       Plaintiff,

v.                Case No.: 1:09–cv–00125
                 Honorable Joan H. Lefkow

City of Chicago, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 21, 2010:

  MINUTE entry before Honorable Joan H. Lefkow:Status hearing held on 10/21/2010. Parties report that this case is settled. Plaintiff's oral motion to dismiss is granted. Case dismissed without prejudice with leave to reinstate by 11/23/2010. If plaintiff does not move to reinstate by 11/23/2010, dismissal will become a dismissal with prejudice without further order of the court. Trial date of 11/8/2010 stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.